AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Terry George Zimmermann<br><br>*Defendant(s)* | ) ) ) ) Case No. 5:19-mj-1140PRL<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2019__ in the county of __Lake__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | Possession of Child Pornography (after prior conviction for Possession of Child Pornography) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Michael Busby, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/14/2019

_____
*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

CASE NO. 5:19-mj-1140PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Busby, being duly sworn, declare and state as follows:

### AGENT BACKGROUND

1. Your affiant is a Special Agent (SA) with the United States Department of Homeland Security (hereinafter DHS), Immigration and Customs Enforcement (hereinafter ICE), Homeland Security Investigations (hereinafter HSI), Office of Investigations. Your affiant is currently assigned to the HSI office in Orlando, in the Middle District of Florida. Your affiant has been employed as a Special Agent since November 2006. During this time, your affiant has conducted and assisted with investigations related to the possession, production, receipt and distribution of child pornography and other offenses involving the exploitation of children. Your affiant has attended the Federal Law Enforcement Training Center (FLETC), where he received training in the investigation of child pornography violations.

2. This affidavit is made in support of an application for the issuance of an arrest warrant for Terry George ZIMMERMANN ("ZIMMERMANNN"), residing at a single-family home in Lady Lake, Florida (the "the premises").

3. Your affiant makes this affidavit from personal knowledge based on his participation in this investigation, information from other Criminal Investigators, information from law enforcement officers, information from agency reports, and from a review of documents provided by witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, your affiant has not set forth each and every fact learned during the course of this investigation. Furthermore, your affiant has only set forth those facts and circumstances that are believed necessary to establish probable cause.

## STATUTORY AUTHORITY
### Possession of Child Pornography

4. Title 18, United States Code, Section 2252(a)(4)(B), prohibits a person from knowingly possessing any matter which contains a visual depiction which was produced using materials that have been shipped and transported in or affecting interstate or foreign commerce, and the production of such depictions involved the use of a minor engaging in sexually explicit conduct. If such person possesses such an image after they have been convicted of an offenses under this chapter or after a conviction in any state for, *inter alia*, possession of child pornography, such person shall be sentenced pursuant to Title 18, United States Code, Section 2252(b)(2).

## DETAILS OF THE INVESTIGATION

5. On May 9, 2019, a 28-year-old male (hereinafter "VICTIM 1") reported a sexual battery to the Lady Lake Police Department (LLPD) in Lake County, Florida. VICTIM 1 stated that he moved from Wyoming to Lady Lake, Florida, on or about April 7, 2019, to live with ZIMMERMANN at his residence (the premises). VICTIM 1 reports meeting ZIMMERMANN through a website that caters to gay men. After the two had discussions online, VICTIM 1 agreed to travel to Lady Lake to live with ZIMMERMANN as a companion. ZIMMERMANN purchased an airline ticket for VICTIM 1 and the two of them lived together at the premises. After living together, ZIMMERMANN informed VICTIM 1 that he was a registered sex offender for possessing child pornography. ZIMMERMANN would also make inappropriate comments about children, pressured VICTIM 1 to take sleeping medication, and pressured VICTIM 1 to view child pornography that ZIMMERMANN possessed on his Dell desktop computer. VICTIM 1 states that he viewed sexually explicit images of young boys that were approximately 12 or 13 years old on ZIMMERMANN's computer. Among some of the images were photos of a naked ZIMMERMANN and a naked young boy who were standing next to one another.

6. VICTIM 1 reported to LLPD detectives that on May 2 or 3, 2019, he was sexually battered by ZIMMERMANN inside the premises. VICTIM 1 states that after finishing a shower, he entered the room where he was staying and found ZIMMERMANN on the bed. ZIMMERMANN was reportedly naked and had a condom on his erect penis. ZIMMERMANN was holding a bottle of lubricant and told VICTIM 1 that it was "time to get intimate." ZIMMERMANN then performed unwanted anal penetration on VICTIM 1.

7. On May 15, 2019, LLPD executed a State of Florida search warrant at the premises to search for the child pornography described by VICTIM 1. ZIMMERMANN was present at the search warrant execution. While the search was being conducted, ZIMMERMANN made spontaneous utterances such as not understanding why viewing child pornography was wrong, insisting that you should be able to watch whatever you want in your home (as long as someone wasn't distributing or manufacturing child pornography).

8. LLPD conducted a search of ZIMMERMANN's residence and located numerous computers and electronic storage devices (including the desktop computer that VICTIM 1 described). LLPD seized multiple electronic items belonging to ZIMMERMANN as evidence, including:

a. K1 – HP DC5800 Desktop computer, Serial No. 2UA90301V0;
b. K2 – HP 15 Notebook, Serial No. 5C0424054N;
c. K3 – Compaq Presario V5000 Notebook, Serial No. CND6281ZTM;
d. K4 – Kingston Datatraveler 2GB USB thumb drive, Serial No. 5B8216000073;
e. K5 – PNY 32GB THUMB DRIVE, Serial No. 139574301;
f. K6 – PNY 32GB USB THUMB DRIVE, Serial No. 2482790573;
g. K7 – TOSHIBA 16GB THUMB DRIVE, Serial No. 50465D4C9881E020C000;
h. K8 – TOSHIBA 16GB THUMB DRIVE, Serial No. 60A44C429BA6E020C000;
i. K9 – SANDISK CRUZER B 16GB THUMB DRIVE, Serial No. 4C531001431110103172;
j. K10 – SANDISK ULTRA 32GB THUMB DRIVE, Serial No. 4C531001380627106190;
k. K11 – PNY 16GB USB THUMB DRIVE, Serial No. C412F52D6C7CC0515B4A;
l. K12 – INFINITIVE 32GB USB THUMB DRIVE, Serial No. 4C530001190620115314;
m. K13 – GENERIC 4GB USB DRIVE, Serial No. ab9102288803;
n. K14 – ADATA 32GB USB THUMB DRIVE, Serial No. 2662206100220269;
o. K15 – MYFLASH 4GB USB THUMB DRIVE, Serial No. A200000000000415;
p. K16 – MEDION 8GB USB THUMB DRIVE, Serial No. 10052058004407;
q. K17 – PNY 16GB USB DRIVE, Serial No. C412F52D6C9CC0517006;
r. K18 – SANDISK 16 GB USB DRIVE, Serial No. 35149207B7914E78;
s. K19 – SANDISK 8GB U3 CRUZE USB THUMB DRIVE, Serial No. 0000186265731E41;
t. K20 – PNY 8GB USB THUMB DRIVE, Serial No. 001D0F0CAAD15B890507;
u. K21 – PNY 16GB USB THUMB DRIVE, Serial No. AA00000000024083;
v. K22 – VERBATIM 4 GB USB THUMB DRIVE, Serial No. 125000000000678E;

    w.  K23 – HUAWEI M835 ASCEND CELLULAR TELEPHONE (ANDROID ID 2e2a84fdb9aa1648, IMSI 3116600000006822, MEID 268435460611334540 (HEX: A000002EACF38C) AND MSISDN 0000006822);

    x.  K29 – LG MODEL LG800G CELLULAR TELEPHONE;

    y.  K33 – IPHONE 4 model N94AP (UNIQUE DEVICE ID 5107cf8426759634ed4e033a1acf48525c627e20, UNIQUE CHIP ID 0x2b660091df7. APPLE ID zachpete69@yahoo.com, SERIAL NUMBER C28L8LTNDTC1, ICCID 89014103257629629988, IMEI 990002654072311 AND MSISDN 13524307259).

9. Ocala Police Department (OPD) Agent Darin Viselli (Computer Forensic Analyst) conducted a cursory review of the electronic devices seized from the May 15, 2019 search warrant at the premises. Agent Viselli located approximately 575 images of child pornography from several of the items listed above.

10. On July 11, 2019, LLPD obtained a State of Florida arrest warrant for Terry ZIMMERMANN for 575 felony counts of Sexual Performance by a Child. ZIMMERMANN was arrested by the Lake County Sheriff's Office on the outstanding warrant on July 11, 2019. He was released thereafter on bond.

11. On October 18, 2019, HSI Orlando received a copy of the forensic images extracted from the items obtained pursuant to the ZIMMERMANN search warrant. HSI Computer Forensic Analyst (CFA) Nicholas Volpicella reviewed the data obtained from the search warrant

executed by LLPD on May 15, 2019. Preliminarily, CFA Volpicella located approximately 1900 images and 245 video files that consistent with child pornography from at least 14 of the seized pieces of electronic media. Preliminarily, approximately 499 of the files containing child pornography have been previously identified by the National Center for Missing and Exploited Children (NCMEC) as being child pornography.

12. CFA Volpicella provided your affiant with a sampling of 10 videos found on Item K18 (SANDISK 16 GB USB DRIVE, Serial No. 35149207B7914E78). Your affiant conducted a review of the 10 videos and confirmed that each video file is consistent with child pornography (as per 18 USC § 2256). On November 13, 2019, your affiant contacted the manufacturer of the device, Sandisk, who stated that it manufactures its products in China, Taiwan, and Malaysia. In addition, K18 is clearly marked as "Made in China." Therefore, the device containing the videos is manufactured has travelled in interstate and foreign commerce prior to its recovery in the Middle District of Florida. The following summarizes each video file on the device:

    a. File: 138-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\(yamad boy)boy fucked by dad 2.mpg. The length of the video is 9 minutes 33 seconds. The video depicts a juvenile white male engaging in oral and anal sex with an adult white male.

b. File: 259-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\[MB] Bogdan 9y First Time (new).avi. The length of the video is 8 minutes 20 seconds long. The video depicts a juvenile white male engaging in oral sex with an adult white male. The adult male is also seen placing sexual toys into the juvenile's anus.

c. File: 240-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\NewVids\! Best from boy porn – mb_kraftig_PC(anal).avi. The length of the video is 30 seconds long. The video depicts a juvenile white male engaging in oral and anal sex with an adult white male.

d. File: 288-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\NewVids\(yamad)Little Boy Bondage 11Yo And Men Full Version – Gay Pedo Pthc.mpg. The length of the video is 19 minutes 14 seconds long. The video depicts a juvenile white male engaging in oral and anal sex with two adult white males. During the video, the juvenile male has his hands restrained behind his back with a rope. The juvenile male is later seen with a "rope" placed around his neck and is visibly crying.

e. File: 290-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\\New Vids\8Yo Black Boy Fucked By 10Yo Black Boy With Man-Excellent.wmv. The length of the video is 11 minutes 18 seconds. The video depicts two naked juvenile Asian males engaging in masturbation, oral sex, anal sex with an adult white male.

f. File: 354-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\New Vids\Mikael_suck_end_fucked_from_man.mpg. The length of the video is 6 minutes 54 seconds. The video depicts a juvenile white male engaging in oral and anal sex with an adult white male.

g. File: 355-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\New Vids\maxi_-_the_10-year-old_Argentine_child_but_hot.wmv. The length of the video is 3 minutes 01 seconds. The video depicts a juvenile white male engaging in oral and anal sex with an adult white male.

h. File: 389-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\New Vids\MBVids\(Pjk) Man Fucks 7 Yo Boy.mpg. The length of the video is 3 minutes 18 seconds. The video depicts a juvenile white male engaging in anal sex with an adult white male.

i. File: 409-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\New Vids\MBVids\fave.1.1.wmv. The length of the video is 6 minutes 18 seconds. The video depicts a juvenile white male with handcuffs on his hands and feet. The juvenile male is engaging in anal sex with an adult white male. The adult male also utilizes a sex toy to sodomize the juvenile male.

j. File: 411-0 K18_16GB_SANDISK.E01\NO NAME (FAT32,2)\Vids\New Vids\MBVids\[B] Toddler-Fucked Hard.mpg. The length of the video is 0 minutes 7 seconds. The video depicts a juvenile white male engaging in anal sex with an adult white male.

13. ZIMMERMANN was previously convicted in United States District Court for the Western District of New York for possession of child pornography (6:95-cr-6009). ZIMMERMANN pled guilty on June 19, 1995 and was sentenced on September 27, 1995 to 60 months in the Bureau of Prisons, 3 years' supervised release, and a $2000 fine. He was also ordered to register as a sex offender. On May 26, 1999, he was re-sentenced to the same term of incarceration but his supervised release was reduced to 2 years (pursuant to a plea agreement).

## AUTHORIZATION SOUGHT

14. This affidavit is submitted in support of a criminal complaint. As set forth in more detail below, I have probable cause to believe that that Terry

9

George ZIMMERMANN possessed child pornography after having been convicted of possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

This concludes my affidavit.

_____
Michael Busby, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed to before me this 14 day of November, 2019.

_____
Philip R. Lammens
United States Magistrate Judge

10